# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| ISIS PONCE, | § |
| *Plaintiff*, | § |
| v. | §  No. 3:25-CV-00374-LS |
| NPG OF TEXAS, LP a/k/a NEWS PRESS GAZETTE-KVIA AFFILIATE, | § |
| *Defendant*. | § |

## ORDER GRANTING MOTION FOR SUBSTITUTE SERVICE

Plaintiff Isis Ponce requests that the Court allow her to serve Defendant NPG of Texas, LP a/k/a News Press Gazette-KVIA Affiliate via substituted service.[1] Specifically, she requests to serve Brenda De Anda-Swann, the General Manager of Defendant, as the registered agent for Defendant on file with the Texas Secretary of State has retired, and Defendant did not provide the Secretary of State with a new registered agent's name.[2]

A corporation, partnership, or other association may be served "in the manner prescribed by Rule 4(e)(1) for serving an individual."[3] Fed. R. Civ. P. 4(e)(1) allows service "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."

Texas law requires a "motion supported by a statement—sworn to before a notary or made under penalty of perjury—listing any location where the defendant can probably be found and stating specifically the facts showing that service has been attempted."[4] Plaintiff has provided an

---

[1] ECF No. 4.
[2] *Id.* at 1–2.
[3] Fed. R. Civ. P. 4(h)(1)(A).
[4] Tex. R. Civ. P. 106(b).

affidavit by her process server.[5] The affidavit lists the location 4140 Rio Bravo Street, El Paso, TX 79902 as the location where service was attempted, and Plaintiff explains in her motion that this location is where Defendant operates its business.[6] Plaintiff's affidavit also states that service was attempted under Tex. R. Civ. P. 106(a)(1) but was not successful.[7]

The Court may authorize substitute service "by leaving a copy of the citation and of the petition with anyone older than sixteen at the location specified in the statement" or "in any other manner . . . that the statement or other evidence shows will be reasonably effective to give the defendant notice of the suit."[8] Plaintiff has provided evidence to show that Brenda De Anda-Swann is the new general manager of Defendant.[9] The Court concludes that serving Ms. De Anda-Swann will be reasonably effective to give Defendant notice of the suit. Therefore, the Court will authorize substitute service on Defendant. Plaintiff is authorized to deliver in person a copy of the complaint, summons, and this order to Brenda De Anda-Swann at 4140 Rio Bravo Street, El Paso, TX 79902.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 22, 2025.

------------------------------
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE

---

[5] *See* ECF No. 4-1.
[6] *Id.* at 1; ECF No. 4 at 2.
[7] ECF No. 4-1 at 1.
[8] Tex. R. Civ. P. 106(b).
[9] *See* ECF No. 4-2.